UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RYAN CURRIER
Individually and on behalf of others similarly situated

    Plaintiff

 -vs-                                                                                       Case No. 2:16-CV-11066
                                                                                             Hon. Robert H. Cleland
                                                                                             Magistrate Judge: Stephanie Dawkins Davis
                                                                                             CLASS ACTION COMPLAINT

VELO LEGAL SERVICES, PLC,
    Defendant

## ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

Having reviewed Plaintiff's Motion to Substitute Counsel, the Court orders that Sylvia Bolos shall be substituted as counsel of record for Plaintiff Ryan Currier and Michael Bonvolanta's appearance shall be terminated.

**NO DATES ARE EXTENDED BY THIS SUBSTITUTION**.

IT IS SO ORDERED.

Dated: October 4, 2016                                    S/Robert H. Cleland
                                                                              Hon. Robert H. Cleland
                                                                              United States District Judge