UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

RYAN CURRIER
Individually and on behalf of others similarly situated

    Plaintiff

 -vs-

                         Case No. 2:16-CV-11066
                         Hon. Robert H. Cleland
                         Magistrate Judge: Stephanie Dawkins Davis
                         CLASS ACTION COMPLAINT

VELO LEGAL SERVICES, PLC,
    Defendant

---

| | |
|---|---|
| Sylvia S. Bolos (P-78715) | Charity Olson (P-68295) |
| Lyngklip & Associates Consumer Law Center, PLC | Olson Law Group |
| | Attorney For Velo Legal Services, PLC |
| Attorney For Ryan Currier | 2723 S. State Street, Ste. 150 |
| 24500 Northwestern Highway, Ste. 206 | Ann Arbor, MI  48104 |
| Southfield, MI 48075 | (734) 222-5179 |
| PH: 248-208-8864 | |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

     Having been advised by the stipulation of the parties below, it is ordered that the claims against Velo Legal Services, PLC are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

     The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

     **So ordered**.

                                                S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:  November 16, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, November 16, 2016, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

Stipulated To By:

| /s/: Sylvia Bolos | /s/: Charity Olson (with consent) |
|---|---|
| Sylvia S. Bolos (P-78715) | Charity Olson (P-68295) |
| Attorney For Plaintiff | Attorney for Velo Legal Services, PLC |
| Lyngklip & Associates Consumer Law Center, PLC | Olson Law Group |
| 24500 Northwestern Highway, Ste. 206 | 2723 S. State Street, Ste. 150 |
| Southfield, MI 48075 | Ann Arbor, MI 48104 |
| PH: (248) 208-8864 | (734) 222-5179 |
| SylviaB@MichiganConsumerLaw.Com | colson@olsonlawpc.com |

2